UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA BERGEVINE <br>     Plaintiff | : <br> : <br> : |
| vs. | :    C.A. No.: O5 11395 RCL <br> : |
| PEASE & CURREN, INC., PEASE & <br> CURREN MATERIALS, INC., <br> FRANCIS H. CURREN, JR., ROBERT <br> H. PEASE, JR., FRANCIS H. CURREN, <br> III A/K/A KIP CURREN AND <br> MEREDITH A. CURREN <br>     Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : |

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

In the above captioned matter, the following entry shall be made:

1. All Defendants shall have up to and including August 10, 2005 to answer or otherwise plead in the above captioned matter.

_____
Bruce W. Gladstone, Esq. BBO #193970
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Attorney for the Defendants

_____
Gregory L. Aceto, Esq. BBO #558556
Erin J. Brennan, Esq. BBO #660097
Johnson & Aceto, PC
67 Batterymarch Street
Boston, MA  02110
Attorneys for the Plaintiffs

Dated: July 25, 2005

H:\ARCHIVE\nbd\pease & curren\Bergevine\stiplation.doc