# UNITED STATES DISTRICT COURT

District of  Massachusetts

Patricia Bergevine,
         Plaintiff,

                V.

Pease & Curren, Inc., et. al.,
         Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  **05 11395 RCL**

TO: (Name and address of Defendant)

Pease & Curren, Inc.
75 Pennsylvania Ave.
Warwick, RI   02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto, Esq.
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
617-728-0888

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  7-1-05

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE July 5, 2005 |
|---|---|
| NAME OF SERVER (PRINT) Anthony J Robbio Jr | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Francis H Curren III, Owner   75 Pennsylvania Ave Warwick, RI 02888

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 5, 2005        *[signature]* Anthony J. Robbio Jr.
                Date              Signature of Server

PO Box 3579, Cranston, RI 02910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.