# UNITED STATES DISTRICT COURT

District of   Massachusetts

Patricia Bergevine,
      Plaintiff,

      V.

Pease & Curren, Inc., et. al.,
      Defendants.

### SUMMONS IN A CIVIL CASE

**05 11395 RCL**

CASE NUMBER:

TO: (Name and address of Defendant)

Pease & Curren Materials, Inc.
75 Pennsylvania Ave.
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto, Esq.
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
617-728-0888

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_____    DATE   7-1-05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 5, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Anthony J Robbio Jr | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☑ Other (specify): Meredith A Curren, Owner  at 75 Pennsylvania Ave Warwick RI
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 5, 2005
            Date

Signature of Server

PO Box 3579, Cranston, RI 02910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.