**Certificate of Service**

I, Erin J. Brennan, hereby certify that on this 17th day of August, 2005, I have forwarded true and correct copies of the following:

1) Copy of Original Summons and Return of Service for Pease & Curren, Inc.;
2) Copy of Original Summons and Return of Service for Pease & Curren Materials, Inc.;
3) Copy of Original Summons and Return of Service for Francis H. Curren, III;
4) Copy of Original Summons and Return of Service for Francis H. Curren, Jr.;
5) Copy of Original Summons and Return of Service for Robert H. Pease Jr.; and
6) Copy of Original Summons and Return of Service for Meredith A. Curren.

via U.S. First Class Mail to the following counsel of record:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

/s/ Erin J. Brennan
Erin J. Brennan