UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action
No. 05 11395 RCL

PATRICIA BERGEVINE,
    Plaintiff

v.

PEASE & CURREN, INC., PEASE &
CURREN MATERIALS, INC., FRANCIS H.
CURREN, III A/K/A KIP CURREN, AND
MEREDITH CURREN
    Defendants

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter our appearance as attorneys for the Defendants Pease & Curren, Inc., Pease & Curren Materials, Inc., Francis H. Curren, III, a/k/a Kip Curren, and Meredith Curran, in the above-captioned matter.

                **Defendants.,**
                By their Attorneys,

                Joseph H. Aronson [BBO #022070]
                Michael J. McCormack [BBO #329680]
                Laura G. Ryan [BBO #653793]
                THE McCORMACK FIRM, LLC
                One International Place
                Boston, MA 02110
                (617) 951-2929

77563.1