**Certificate of Service**

    I, Erin J. Brennan, hereby certify that on this 13th day of October, 2005, I have forwarded true and correct copies of the following:

    1)    Plaintiff's Individual Proposed Scheduling Order.

via U.S. First Class Mail to the following counsel of record:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

    /s/ Erin J. Brennan
    Erin J. Brennan