UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PATRICIA BERGEVINE
    Plaintiff

vs.

PEASE & CURREN, INC., PEASE &
CURREN MATERIALS, INC., FRANCIS
H. CURREN, III A/K/A KIP CURREN AND
MEREDITH A. CURREN
    Defendants

Civil Action
No.: O5 11395 RCL

## CORPORATE DISCLOSURE STATEMENT

Pease & Curren, Inc. and Pease & Curren Materials, Inc. hereby state that they have no parent corporations and no publicly held company owns 10% or more of their stock.

The Defendants,
Pease & Curren, Inc., and
Pease & Curren Materials, Inc.

By: _____
Meredith A. Curren, President

H:\ARCHIVE\abd\pease & curren\Bergevine\statement.doc