UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.   05-11395-RCL

PATRICIA BERGEVINE,
    Plaintiff,

v.

PEASE & CURREN, INC, PEASE & CURREN
MATERIALS, INC., FRANCIS H. CURREN, JR.,
ROBERT H. PEASE, JR., FRANCIS H. CURREN,
III A/K/A KIP CURREN AND MEREDITH A.
CURREN.
    Defendants.

---

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT**

---

NOW COMES the Plaintiff Patricia Bergevine (the "Plaintiff") and, in accordance with Rule 15(d) of the Federal Rules of Civil Procedure, hereby seeks leave of Court to amend her Complaint and Demand for Jury Trial against the Defendants Pease & Curren, Inc., Pease & Curren Materials, Inc., Francis H. Curren, Jr., Robert H. Pease, Jr., Francis H. Curren, III A/K/A Kip Curren and Meredith A. Curren (the "Defendants").  As set forth in the First Amended Complaint attached to Plaintiff's Memorandum in Support of this Motion at *Exhibit A*, amendment of the complaint with regard to the claims for relief under Rule 15(d) is necessary if complete relief is to be granted.  Specifically, the Plaintiff wishes to add a new claim for relief against the Defendants for violations of Mass. Gen. Laws ch. 93A, *et. seq.*

**STATEMENT OF COMPLIANCE**

The Plaintiff hereby certifies that counsel for the Plaintiff has consulted with counsel for the Defendants via telephone pursuant to LR, D.MASS. 7.1(A).  Counsel for the Defendants

have indicated that they oppose this Motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR, D.Mass. 7.1(D), the Plaintiff respectfully requests a hearing on the matter.

## CONCLUSION

Based on the foregoing, the Plaintiff respectfully requests that this Honorable Court allow her Motion to Amend the Complaint.

Respectfully submitted,
PATRICIA BERGEVINE,
By her attorneys,


/s/ Gregory J. Aceto, Esq.
Gregory J. Aceto, Esq.
 BBO No. 558556
Erin J. Brennan, Esq.
 BBO No. 660097
Johnson & Aceto, LLP
67 Batterymarch Street, Suite 400
Boston, MA 02110
(617) 728-0888

**Certificate of Service**

      I hereby certify that on April 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the matter via e-mail.

/s/ Gregory J. Aceto
Gregory J. Aceto, Esq.
Johnson & Aceto, LLP
67 Batterymarch Street, Suite 400
Boston, MA 02110
Telephone: (617) 728-0888
Facsimile: (617) 338-1923
Email: aceto@johnsonaceto.com

Attorney for Plaintiff Patricia Bergevine