UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.   05-11395-RCL

PATRICIA BERGEVINE,
       Plaintiff,

v.

PEASE & CURREN, INC, PEASE & CURREN
MATERIALS, INC., FRANCIS H. CURREN, JR.,
ROBERT H. PEASE, JR., FRANCIS H. CURREN,
III A/K/A KIP CURREN AND MEREDITH A.
CURREN.
       Defendants.

---

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES**

---

**NOW COMES** the Plaintiff Patricia Bergevine (the "Plaintiff") and hereby moves this Honorable Court to extend the discovery deadlines set by the Plaintiff and the Defendants (collectively, the "Parties") in accordance with the Joint Scheduling Order entered by the Court (Lindsay, J.) on December 1, 2005. Plaintiff respectfully requests that the discovery deadlines, July 1, 2006 for fact discovery, August 1, 2006 for expert discovery and August 31, 2006 for all discovery, be extended by ninety (90) days. In support hereof, Plaintiff states as follows:

The Parties in the above matter submitted a Joint Proposed Scheduling Order on or about November 30, 2005. On December 1, 2005, the Court (Lindsay, J.) accepted the Parties' proposed dates. The Parties set the discovery deadlines, however, as a result of continuances, scheduling difficulties and the filing of various motions by both Parties, the Parties will be unable to complete all fact and expert discovery by the deadlines currently set in the Joint Scheduling Order. As such, the Plaintiff respectfully requests a ninety (90) day extension of the

discovery deadlines.

## STATEMENT OF COMPLIANCE

The Plaintiff hereby certifies that counsel for the Plaintiff has consulted with counsel for the Defendants via telephone pursuant to LR, D.MASS. 7.1(A). Counsel for the Defendants assents to this Motion.

## CONCLUSION

Based on the foregoing, the Plaintiff respectfully requests that this Honorable Court allow her Motion to Extend Discovery Deadlines.

>                             Respectfully submitted,
>                             PATRICIA BERGEVINE,
>                             By her attorneys,
>
>
>                             /s/ Gregory J. Aceto___
>                             Gregory J. Aceto, Esq.
>                              BBO No. 558556
>                             Erin J. Brennan, Esq.
>                              BBO No. 660097
>                             Johnson & Aceto, LLP
>                             67 Batterymarch Street, Suite 400
>                             Boston, MA 02110
>                             (617) 728-0888

**Certificate of Service**

      I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the matter via e-mail. I further certify that copies will be sent via U.S. Mail to all counsel in the matter who are not registered with the CM/ECF system.

/s/ Gregory J. Aceto
Gregory J. Aceto, Esq.
Johnson & Aceto, LLP
67 Batterymarch Street, Suite 400
Boston, MA 02110
Telephone: (617) 728-0888
Facsimile: (617) 338-1923
Email: aceto@johnsonaceto.com

Attorney for Plaintiff Patricia Bergevine