UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.   05-11395-RCL

PATRICIA BERGEVINE,
      Plaintiff,

v.

PEASE & CURREN, INC, PEASE & CURREN
MATERIALS, INC., FRANCIS H. CURREN, JR.,
ROBERT H. PEASE, JR., FRANCIS H. CURREN,
III A/K/A KIP CURREN AND MEREDITH A.
CURREN.
      Defendants.

### PLAINTIFF'S MOTION TO PRECLUDE DEFENDANTS FROM INTRODUCING EVIDENCE AS TO DAMAGES AND FOR SANCTIONS DUE TO SPOLIATION

**NOW COMES** the Plaintiff Patricia Bergevine (the "Plaintiff") and hereby moves this Honorable Court to sanction the Defendants Pease & Curren, Inc., Pease & Curren Materials, Inc., Francis H. Curren, Jr., Robert H. Pease, Jr., Francis H. Curren, III A/K/A Kip Curren and Meredith A. Curren's (the "Defendants") for the destruction of relevant evidence by precluding them from introducing evidence as to damages.  In support hereof, Plaintiff submits Plaintiff's Memorandum in Support of Plaintiff's Motion for Spoliation.

### STATEMENT OF COMPLIANCE

The Plaintiff hereby certifies that counsel for the Plaintiff has consulted with counsel for the Defendants both during a deposition and via telephone pursuant to LR, D.MASS. 7.1(A). Plaintiff's Counsel has been informed that the Defendants will not produce the requested documents primarily because the Defendants have indicated that the documents have been

destroyed or deleted.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR, D.MASS. 7.1(D), the Plaintiff respectfully requests a hearing on the matter.

## CONCLUSION

Based on the foregoing, the Plaintiff respectfully requests that this Honorable Court allow Plaintiff's Motion to Preclude Defendants from Introducing Evidence as to Damages and for Sanctions due to Spoliation.

                Respectfully submitted,
                PATRICIA BERGEVINE,
                By her attorneys,

                /s/ Gregory J. Aceto
                Gregory J. Aceto, Esq.
                 BBO No. 558556
                Erin J. Brennan, Esq.
                 BBO No. 660097
                Johnson & Aceto, LLP
                67 Batterymarch Street, Suite 400
                Boston, MA 02110
                (617) 728-0888

**Certificate of Service**

       I hereby certify that on October 4, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the matter via e-mail. I further certify that copies will be sent via U.S. Mail to all counsel in the matter who are not registered with the CM/ECF system.

<u>/s/ Gregory J. Aceto</u>
Gregory J. Aceto, Esq.
Johnson & Aceto, LLP
67 Batterymarch Street, Suite 400
Boston, MA 02110
Telephone: (617) 728-0888
Facsimile: (617) 338-1923
Email: aceto@johnsonaceto.com

Attorney for Plaintiff Patricia Bergevine