UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.    05-11395-RCL

PATRICIA BERGEVINE,
    Plaintiff,

v.

PEASE & CURREN, INC, PEASE & CURREN
MATERIALS, INC., FRANCIS H. CURREN, JR.,
ROBERT H. PEASE, JR., FRANCIS H. CURREN,
III A/K/A KIP CURREN AND MEREDITH A.
CURREN.
    Defendants.

---

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL SUPPLEMENTAL ANSWERS TO INTERROGATORIES

---

**NOW COMES** the Plaintiff Patricia Bergevine (the "Plaintiff") and hereby opposes the Defendants Pease & Curren, Inc., Pease & Curren Materials, Inc., Francis H. Curren, Jr., Robert H. Pease, Jr., Francis H. Curren, III A/K/A Kip Curren and Meredith A. Curren's (the "Defendants") Motion to Compel Plaintiff's Supplemental Answers to Interrogatories.  In support hereof, Plaintiff submits Plaintiff's Memorandum of Reasons in Support of Plaintiff's Opposition.

### STATEMENT OF COMPLIANCE

The Plaintiff hereby certifies that counsel for the Plaintiff has consulted with counsel for the Defendants via telephone pursuant to LR, D.MASS. 7.1(A) and shortly thereafter, counsel for the Defendants filed the Motion referred to herein.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR, D.MASS. 7.1(D), the Plaintiff respectfully requests a hearing on the matter.

## CONCLUSION

Based on the foregoing, the Plaintiff respectfully requests that this Honorable Court deny Defendants' Motion.

>	Respectfully submitted,
>	PATRICIA BERGEVINE,
>	By her attorneys,
>
>
>	/s/ Gregory J. Aceto___
>	Gregory J. Aceto, Esq.
>	 BBO No. 558556
>	Erin J. Brennan, Esq.
>	 BBO No. 660097
>	Johnson & Aceto, LLP
>	67 Batterymarch Street, Suite 400
>	Boston, MA 02110
>	(617) 728-0888

**Certificate of Service**

  I hereby certify that on October 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the matter via e-mail.  I further certify that copies will be sent via U.S. Mail to all counsel in the matter who are not registered with the CM/ECF system.

      /s/ Gregory J. Aceto
      Gregory J. Aceto, Esq.
      Johnson & Aceto, LLP
      67 Batterymarch Street, Suite 400
      Boston, MA 02110
      Telephone: (617) 728-0888
      Facsimile: (617) 338-1923
      Email: aceto@johnsonaceto.com

      Attorney for Plaintiff Patricia Bergevine