UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action
No. 05 11395 RCL

PATRICIA BERGEVINE,
    Plaintiff

v.

PEASE & CURREN, INC., PEASE &
CURREN MATERIALS, INC., FRANCIS H.
CURREN, III A/K/A KIP CURREN, AND
MEREDITH CURREN
    Defendants

**AFFIDAVIT OF LAURA RYAN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DEFENDANTS'
TAX RETURNS AND OTHER FINANCIAL RECORDS**

I, Laura Ryan, hereby state, under oath, the following:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts. I am an attorney at the law firm of the McCormack Firm, LLC, and represent the defendants in the above-captioned action.

2. Attached hereto as <u>Exhibit A</u> is a true and accurate copy of Plaintiff's Answers to Defendants' Interrogatories.

4. Attached hereto as <u>Exhibit B</u> is a true and accurate copy of Plaintiff's Supplemental Answers to Defendants' Interrogatories.

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 18th DAY OF October, 2006.**

                                                <u>/s/ Laura G. Ryan</u>

2

**CERTIFICATE OF SERVICE**

      I, Laura G. Ryan, hereby certify that on October 18, 2006, the foregoing document, Affidavit of Laura Ryan in Support of Defendants' Opposition to Plaintiff's Motion to Compel Production of Defendants' Tax Returns and Other Financial Records, which is being filed through the ECF system, was served electronically to the following recipient identified as a registered participant on the Notice of Electronic Filing (NEF):

      *Erin Brennan, Esq.*
      *Gregory Aceto, Esq.*
      *Johnson & Aceto, PC*
      *67 Batterymarch Street*
      *Boston, MA 02210*

      In addition, a copy of the foregoing Affidavit of Laura Ryan in Support of Defendants' Motion to Compel Production of Plaintiff's Tax Returns was served via first class mail on September 20, 2006 upon the following attorney of record, who has not been identified as an ECF recipient:

      *Bruce Gladstone, Esq.*
      *Cameron & Mittleman, LLP*
      *56 Exchange Terrace, Suite 2*
      *Providence, RI 02903-1766*

      /s/ Laura G. Ryan
      Laura G. Ryan

89217.1