UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.   05-11395-RCL

PATRICIA BERGEVINE,
    Plaintiff,

v.

PEASE & CURREN, INC, PEASE & CURREN
MATERIALS, INC., FRANCIS H. CURREN, JR.,
ROBERT H. PEASE, JR., FRANCIS H. CURREN,
III A/K/A KIP CURREN AND MEREDITH A.
CURREN.
    Defendants.

_____

**PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE**
_____

**NOW COMES** the Plaintiff Patricia Bergevine (the "Plaintiff") and hereby requests that this Honorable Court continue the Mediation currently scheduled for November 28, 2006 at 10:00 a.m. to November 30, 2006 from 10:00 to 1:00, by agreement of the Parties.

In support hereof, the Plaintiff states that Plaintiff is unavailable on November 28, 2006, but all Parties have agreed on November 30, 2006 as an available date so long as the date is acceptable to the Court.  The Defendants have indicated that their adjuster is not available to attend the Mediation, but will be available by telephone, and that Defendants' counsel will have full settlement authority at the commencement of the mediation.  This is acceptable to Plaintiff.

**WHEREFORE**, the Plaintiff Patricia Bergevine hereby moves this Honorable Court to continue the Mediation currently scheduled for November 28, 2006 at 10:00 a.m. to November 30, 2006 from 10:00 to 1:00.

/s/Gregory J. Aceto
Gregory J. Aceto, Esq.
 BBO No. 558556
Erin J. Brennan, Esq.
 BBO No. 660097
JOHNSON & ACETO, LLP
67 Batterymarch Street, Suite 400
Boston, MA 02110
(617) 728-0888
aceto@johnsonaceto.com


ASSENTED TO:

/s/ Joseph Aronson
Joseph Aronson, Esq.
 BBO #022070
The McCormack Firm, LLC
One International Place
Boston, MA 02110
617-951-2929