**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

   Patricia Bergevine
          Plaintiff(s)

          V.                            CIVIL ACTION NO. 05-11395-RCL

   Pease & Curren, Inc., et al.
          Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

          TO JUDGE     Lindsay

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On   11/30/2006   I held the following ADR proceeding:

       _____   SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION
      \_\_\_X\_\_\_   MEDIATION                     _____ SUMMARY BENCH / JURY TRIAL
      _____   MINI-TRIAL                   _____ SETTLEMENT CONFERENCE

   All parties were represented by counsel [except _____]
   The parties were not present in person, but by an authorized officer. [except_____].
   The case was:

[X]   Settled. Your clerk should enter a  60  day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:


   11/30/2006                                     /s/ Marianne B. Bowler, USMJ
       Date                                         ADR Provider

(ADR Report (Bergevine).wpd - 4/12/2000)                                    [adrrpt.]