UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.   05-11395-RCL

PATRICIA BERGEVINE,
    Plaintiff,

v.

PEASE & CURREN, INC, PEASE & CURREN
MATERIALS, INC., FRANCIS H. CURREN, JR.,
ROBERT H. PEASE, JR., FRANCIS H. CURREN,
III A/K/A KIP CURREN AND MEREDITH A.
CURREN.
    Defendants.
_____

## AGREEMENT FOR JUDGMENT

The Plaintiff Patricia Bergevine and the Defendants Pease & Curren, Inc., Pease & Curren Materials, Inc., Francis H. Curren, Jr., Robert H. Pease, Jr., Francis H. Curren, III a/k/a Kip Curren and Meredith A. Curren (the "Defendants") agree that judgment shall enter for the Defendants on all counts of the Plaintiff's complaint in the above-captioned action and any amendments thereto.

| The Plaintiff | The Defendants |
|---|---|
| By her attorneys: | By their attorney: |
| /s/Gregory J. Aceto | /s/ Joseph Aronson |
| Gregory J. Aceto, Esq. | Joseph Aronson, Esq. |
| BBO No. 558556 | BBO No. 022070 |
| Erin J. Brennan, Esq. | THE MCCORMACK FIRM, LLC |
| BBO No. 660097 | One International Place |
| JOHNSON & ACETO, LLP | Boston, MA 02110 |
| 67 Batterymarch Street, Suite 400 | (617) 951-2929 |
| Boston, MA 02110 | jaronson@mccormackfirm.com |
| (617) 728-0888 | |
| aceto@johnsonaceto.com | |

ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS ON ALL COUNTS.

_____
Lindsay, D.J.

Dated: _____